**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1573

BRUCE BENNETT, SR.,

Plaintiff - Appellant,

versus

HFTA FIRST FINANCIAL; BAY VIEW BANK;
MANUFACTURERS & TRADERS TRUST COMPANY, as
trustee for Securitization Series 1977-3
Agreement dated 6/12/97,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. C. Weston Houck, Senior District
Judge. (2:04-cv-23129-CWH; BK-04-09737-WB)

Submitted: October 31, 2006            Decided: November 2, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Bennett, Sr., Appellant Pro Se. Weston Adams, III, MCANGUS,
GOUDELOCK & COURIE, L.L.P., Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bruce Bennett, Sr., appeals the district court's order affirming the bankruptcy court's order dismissing his Chapter 13 petition with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bennett v. HFTA First Fin.</u>, Nos. 2:04-cv-23129-CWH; BK-04-09737-WB (D.S.C. May 2, 2006). We grant Bennett's motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>